UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IGOR OGORODNIKOV,

                Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C20-0804-TSZ-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

This is a federal habeas action proceeding under 28 U.S.C. § 2241. The Government's motion to supplement the record offered in support of its return memorandum and motion to dismiss (Dkt. 17) is GRANTED. The Government seeks to supplement the record with a copy of a Decision to Continue Detention, dated May 19, 2020, which was referenced in the Government's motion to dismiss but was received by counsel subsequent to the filing of the motion. Petitioner does not oppose the motion to supplement and the Court deems it appropriate to include the referenced document in the record. The Decision to Continue Detention, which is attached as Exhibit A to the Government's motion to supplement, is therefore deemed a part of the record.

MINUTE ORDER - 1

The Clerk shall send copies of this Minute Order to Petitioner, to counsel for the Government, and to the Honorable Thomas S. Zilly.

DATED this 8th day of January, 2021.

WILLIAM McCOOL, Clerk

By s/ Michael Williams
    Deputy Clerk

MINUTE ORDER - 2