UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGOR OGORODNIKOV,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | C20-804 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on a Report and Recommendation ("R&R") by the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 22.  Petitioner having been removed from the United States, see Notice of Current Status of Removal (docket no. 23), Petitioner's service copy of the R&R having been returned as undeliverable, and no objection to the R&R having been received, the Court ORDERS:

(1) The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, docket no. 1, is DISMISSED as moot.

//

//

ORDER - 1

(2)     The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record and to Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 19th day of February, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 2